UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

JESUS CESAREO CHAVEZ-QUINTANA
a/k/a Antonio Rodriguez,

              Defendant.

**DECISION AND ORDER**
**14-CR-109S**

1. On June 26, 2014, the Defendant entered into a written plea agreement (Docket No. 12) and pled guilty to a one count Information (Docket No. 9) charging a violation of Title 8 U.S.C. §§ 1326(a) and 1326(b)(2), (being an alien found in the United States after removal subsequent to a conviction for an aggravated felony).

2. On June 26, 2014, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 13) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's June 26, 2014, Report and Recommendation, the plea agreement, the Information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's June 26, 2014, Report and Recommendation (Docket No. 13) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Jesus Cesareo Chavez-Quintana, is accepted, and he is now adjudged guilty of Title 8 U.S.C. §§ 1326(a) and 1326(b)(2).

SO ORDERED.

Dated:  July 17,  2014
        Buffalo, New York

                                              s/William M. Skretny
                                              WILLIAM M. SKRETNY
                                              Chief Judge
                                              United States District Court